IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARQUIS DEWAYNE PRIM, #198663, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:08-CV-733-WKW |
| FIRST JUDICIAL CIRCUIT COURT ) OF ESCAMBIA COUNTY, FLORIDA, ) *et al.*, ) ) | |
| Defendant. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 3), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted and that this action is TRANSFERRED to the United States District Court for the Northern District of Florida, pursuant to 28 U.S.C. § 1404(a).

DONE this 29th day of September, 2008.

                                         /s/  W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE